**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **NICHOLAS EUGENE JOHNSON**, Petitioner, v. **S. SALMONSON**, Respondent. | Case No. 3:25-cv-976-JE **ORDER** |

**Michael H. Simon, District Judge.**

United States Magistrate Judge John Jelderks issued Findings and Recommendation in this case on January 26, 2025. Judge Jelderks recommended that this Court dismiss Petitioner's Petition for Writ of Habeas Corpus for lack of jurisdiction, and enter a judgment dismissing this case with prejudice. No party has filed objections.[1]

Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C.

[1] The Findings and Recommendation were deposited in outgoing mail to Petitioner, who is representing himself, on January 26, 2026. ECF 14. On February 3, 2026, the mailing containing the Findings and Recommendation was returned as undeliverable. ECF 16. Pursuant to Local Rule 83-10(a) and (b), every unrepresented party has a continuing responsibility to notify the Clerk's Office and all parties whenever they change their mailing address.

§ 636(b)(1). If a party objects to a magistrate judge's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review *de novo* magistrate judge's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Rule 72(b) of the Federal Rules of Civil Procedure recommend that "[w]hen no timely objection is filed," the court review the magistrate judge's findings and recommendations for "clear error on the face of the record."

No party having made objections, the Court follows the recommendation of the Advisory Committee and reviews the Findings and Recommendation for clear error on the face of the record. No such error is apparent.

## CONCLUSION

The Court ADOPTS the Findings and Recommendation, ECF 14. The Court DISMISSES WITH PREJUDICE Petitioner's Petition for Writ of Habeas Corpus, ECF 1.

**IT IS SO ORDERED.**

DATED this 16th day of October, 2026.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge